UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 16, 2014

No. 13-1218

USA

v.

BRUCE E. COSTA, JR.

(D. Del. No. 1-10-cr-00047-001)

Present:  JORDAN, VANASKIE and VAN ANTWERPEN, Circuit Judges

Unopposed Motion by Appellant to Amend Opinion filed January 2, 2014.


Respectfully,
Clerk/arl

_____ORDER_____
The foregoing Motion is granted.  The January 2, 2014 opinion is vacated.  A revised opinion and judgment will be entered.


By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated:    January 17, 2014
ARL/cc: SAW; LCW; MDC; JMV